## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SPECTRUM RREAF CLASS A, LLC,

     Plaintiff,

v.

RREAF O&G PORTFOLIO #2 INVESTORS LLC

and

RREAF HOLDINGS (O&G PORTFOLIO
NUMBER 2), LLC,

     Defendants.

C.A. No. 15-_____

## NOTICE OF REMOVAL

RREAF O&G PORTFOLIO #2 INVESTORS LLC ("Investor") and RREAF HOLDINGS (O&G PORTFOLIO NUMBER 2), LLC ("Holdings", and collectively, with Investor, the "Defendants"), file this Notice of Removal in order to remove the above-styled case pursuant to 28 U.S.C. § 1452 and Rule 81 of the Federal Rules of Civil Procedure.

### Background

1.    The Defendants are the direct and indirect owners of two subsidiaries, RREAF O&G Portfolio #2 Manager LLC and RREAF O&G Portfolio #2 LLC (the "Affiliate Debtors"), which subsidiaries are debtors and debtors-in-possession in Chapter 11 proceedings pending before the United States Bankruptcy Court for the Western District of Texas (the "Texas Bankruptcy Court").

2.    This action was filed by Spectrum RREAF Class A LLC (the "Plaintiff") against the Defendants in the Court of Chancery of the State of Delaware, Case No. 11467-VCP. The

Plaintiff is an affiliate of a secured creditor asserting claims in the above-mentioned Chapter 11 proceedings before the Texas Bankruptcy Court. This action seeks to collaterally attack the integrity of a final order -- and the findings on which that order is based -- of the Texas Bankruptcy Court in the pending bankruptcy proceedings of the Affiliate Debtors. Specifically, the Plaintiff seeks declaratory relief in this case to the effect that Investor (and, as a consequence, the Affiliate Debtors) cannot take certain actions in furtherance of the Affiliate Debtors' Chapter 11 proceedings without first obtaining the consent of Plaintiff (a secured creditor). However, such request for declaratory relief raises the same issue previously litigated before the Texas Bankruptcy Court in a contested matter. There, following argument and a hearing, the Texas Bankruptcy Court held that the Affiliate Debtors were not required to obtain the Plaintiff's prior consent before taking the very same operational actions that are the subject matter of this case in furtherance of their bankruptcy proceedings. The Texas Bankruptcy Court held, among other things, that the Affiliate Debtors would not be able to operate and fulfill fiduciary duties to all creditors if the Affiliate Debtors were required to obtain Plaintiff's consent to operational matters in the Chapter 11 proceeding. After the Texas Bankruptcy Court's ruling, rather than appeal, Plaintiff filed this action as a collateral attack on the Texas Bankruptcy Court's Order.

## Basis for Removal

3.      Removal of the state court lawsuit is authorized by 28 U.S.C. § 1452 because this Court has jurisdiction of this case pursuant to 28 U.S.C. § 1334. The claims asserted in the Delaware litigation are either "arising under," "arising in," or "related to" the pending bankruptcy cases of the Affiliate Debtors.

4.      Upon removal, this action will be a core proceeding pursuant to 28 U.S.C. § 157(b), including, without limitation, pursuant to 28 U.S.C. § 157(b)(2)(A), (E), (G), (M), and (O).

5.      A copy of this Notice of Removal will be filed with the state court in Delaware in which the Delaware litigation is pending.

## Notice of Removal

6.      All parties to the Delaware litigation are hereby notified that the Delaware litigation has been removed to this Court under 28 U.S.C. § 1452.  The parties to the Delaware litigation shall proceed no further in the state court.

Dated: October 26, 2015

BAYARD, P.A.

*/s/ Stephen R. Brauerman*
Stephen R. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395
Email:        sbrauerman@bayardlaw.com
              vtiradentes@bayardlaw.com
              sbussiere@bayardlaw.com

-and-

Robert W. Jones
Robert.Jones@hklaw.com
Brent R. McIlwain
Brent.McIlwain@hklaw.com
Brian Smith
Brian.Smith@hklaw.com
HOLLAND & KNIGHT LLP
200 Crescent Court, Suite 1600
Dallas, Texas  75201
Telephone:    (214) 964-9500
Facsimile:    (214) 964-9501

Counsel for
RREAF O&G Portfolio #2 Investors LLC and
RREAF Holdings (O&G Portfolio Number 2), LLC