## CERTIFICATE OF SERVICE

I certify that on October 26, 2015, a copy of the foregoing document was served via facsimile, first class mail, or e-mail, as indicated, on the service list below.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman

| | |
|---|---|
| David L. Balser<br>King & Spalding LLP<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br><br><br>(via first class mail) | Kevin G. Abrams<br>Daniel R. Ciarrocki<br>Abrams & Blayliss LLP<br>20 Montclair Road, Suite 200<br>Wilmington, DE 19807<br><br>(via first class mail) |
| Sarah R. Borders<br>King & Spalding LLP<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br>sborders@kslaw.com<br>jdutson@kslaw.com<br><br>(via email) | RREAF Holdings (O&G Portfolio Number 2), LLC<br>c/o Webb. M. "Kip" Sowden, III<br>4525 N. Central Expressway, Suite 420<br>Dallas, TX 75205<br><br><br>(via first class mail) |